IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00299-LTB-KLM

GARY DUREN,

    Plaintiff,

v.

NPL CONSTRUCTION COMPANY, a Nevada corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 6; Filed April 20, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order is entered as an Order of the Court as of today's date.

    Dated: April 25, 2011