IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00299-LTB-KLM

GARY DUREN,

      Plaintiff,

v.

NPL CONSTRUCTION COMPANY, a Nevada corporation,

      Defendant.
_____

**SETTLEMENT CONFERENCE INSTRUCTIONS or
TWELVE SIMPLE RULES**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      IT IS HEREBY **ORDERED** as follows.  Failure to comply with these instructions may, and in some cases will, result in cancellation of the settlement conference.

      1.  If the parties' Confidential Settlement Statements and exhibits are not filed by the deadline set by the Court, the settlement conference **will be vacated and sanctions may be imposed**.

      2.  If any party does not follow Magistrate Judge Mix's Instructions for Preparation of Confidential Settlement Statements, the settlement conference **will be vacated**.

      3.  Extensions of the deadline to file Confidential Settlement Statements require a showing of good cause and should be sought by telephone (303.335.2770).  Extensions must be sought **before the deadline expires**.

      4. Non-parties and non-party representatives, including relatives of parties, shall not attend the settlement conference without prior **written** permission of the Court. Non-parties who attend without permission will be required to leave.

      5.  All named parties or party representatives shall attend the settlement conference in person unless excused in advance by **written** Order of the Court.

      6.  Counsel and the parties should plan to remain at the settlement conference for at least **four hours** after it begins.  You will not be permitted to leave before that time for

any reason, unless excused by Magistrate Judge Mix.  Travel arrangements should be made accordingly.

      7. Unfortunately, because the Court is a publicly funded non-profit entity and not a private for-profit enterprise, there is no budget for refreshments to be provided during the settlement conference, and therefore none will be provided.  Please **DO NOT** ask Magistrate Judge Mix or her law clerks for refreshments.  You may bring non-alcoholic beverages to the settlement conference.

      8. If you have obtained permission to have a party or party representative appear by telephone, you must provide the telephone.  Unless you have obtained a "green card," cell phones with cameras are not permitted in the courthouse.  A green card may be obtained by contacting the Clerk's office.

      9. Laptops and other electronic devices with cameras are not permitted in the courthouse without a "green card."  A green card may be obtained by contacting the Clerk's office.

      10.  Interpreters are welcome, but must be provided at the party/parties' expense.

      11.  A valid photo identification is required for entry to the Courthouse.

      12. Compliance with these twelve simple rules is mandatory, unless written permission to deviate from them is obtained in advance.  Thank you for your cooperation.

      Dated:  May 11, 2011