IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00299-LTB-KLM

GARY DUREN,

    Plaintiff,

v.

NPL CONSTRUCTION COMPANY, a Nevada corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate Settlement Conference** [Docket No. 16; Filed October 24, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for November 10, 2011, at 1:30 p.m. is **VACATED**.

    Dated: October 26, 2011