**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-00299-LTB-KLM

GARY DUREN,

      Plaintiff,

v.

NPL CONSTRUCTION COMPANY, Nevada corporation,

      Defendant.

---

### ORDER OF DISMISSAL
---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 23 - filed March 30, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   April 2, 2012